UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Jonathan L Ulibarri
P.O. Box 23226
Albuquerque, NM 87125
US

13CV92ACT/LFG

RECEIVED
At Albuquerque NM

FEB 04 2013

MATTHEW J. DYKMAN
Clerk

NIXIE    871    NE  1         00    02/02/13
              RETURN TO SENDER
              ATTEMPTED NOT KNOWN
              UNABLE TO FORWARD
BC: 87102227470            *0668-02548-29-35